A. E. PERKY v. STATE.

No. A-665. Opinion Filed November 23, 1910.

*Appeal from District Court, Comanche County; J. T. Johnson, Judge.*

Defendant was convicted of the crime of grand larceny and sentenced to one year's imprisonment in the state penitentiary, and appealed. Appeal dismissed.

*J. F. Thomas,* for plaintiff in error.
*Charles L. Moore,* Asst. Atty, Gen.. for the State.

PER CURIAM. The record in this case is in precisely the same condition as case No. A-664, *A. E. Perky v. State, ante,* and for the reasons therein stated, the appeal is dismissed.